

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00532-CR

Edward Lee **CARTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1674
The Honorable Angus McGinty, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 12, 2014.

_____
Karen Angelini, Justice